1  LAURA KRANK
   ATTORNEY AT LAW: 220208
   ROHLFING & KALAGIAN, LLP
2  211 EAST OCEAN BLVD., SUITE 420
   LONG BEACH, CA 90802
3  562/437-7006
   FAX: 562/432-2935
4  Email: lekrank@hotmail.com

5  ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JAMES DAVIS | Case No.: CV 07-3557 JC |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:    January 7, 2009

                                    /s/
                         THE HONORABLE JACQUELINE CHOOLJIAN
                         UNITED STATES MAGISTRATE JUDGE

-1-